**Order entered May 18, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00442-CV

## IN RE JAMES H. GENTRY, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81623-07, 199-81624-07,**
**199-81625-07, 199-81626-07, 199-81627-07**

## ORDER NUNC PRO TUNC[1]

Before Justices Whitehill, Pedersen III, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's April 8, 2020

petition for writ of mandamus.

/s/     BILL WHITEHILL
         JUSTICE

---

[1] We issue this order nunc pro tunc to correct a clerical error in the style of the case reflecting it applies to relator's cases listed above and not just to cause no. 199-81623-07.